*January 13, 1931.*

WILL OF SHERMAN: SHERMAN, Appellant, vs. SHERMAN and others, Respondents.

For the appellant: *Thomas F. Hayden* of Milwaukee.
For the respondents: *Otjen & Otjen*, attorneys, and *Chauncey Yockey* of Milwaukee, guardian *ad litem*.
*By the Court.*—Order and judgment affirmed.

ZINKE, Respondent, vs. BUCH, JR., and another, Appellants.

For the appellants: *D. J. Regan*, attorney, and *O'Meara & O'Meara* of counsel, all of Milwaukee.
For the respondent: *John A. Cannon* of West Bend, attorney, and *Sawyer & Gehl* of Hartford of counsel.
*By the Court.*—Judgment affirmed.

BATHO, Respondent, vs. BERGHOLTZ, Appellant.

For the appellant: *W. G. Haddow* of Ellsworth.
For the respondent: *White & White* of River Falls.
*By the Court.*—Judgment affirmed.